**This document was signed electronically on January 14, 2022, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: January 14, 2022**



**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )  )  Case No. 18-50763 (AMK); |
| PLEASANTS CORP., *et al.*,[1] | ) Cases Jointly Administered under ) Case No. 18-50757 (AMK) |
| Reorganized Debtors. | )  ) Hon. Judge Alan M. Koschik ) |

### ORDER ON DEBTORS' MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE OF PLEASANTS CORP.

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") for entry a final decree and order closing the case of Pleasants Corp. ("Pleasants Corp."), case no. 18-50763; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; an Energy Harbor LLC (0186), case no. 18-50757. The Reorganized Debtors' address is: 168 E. Market Street, Akron, OH 44308.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Reorganized Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion shall be, and hereby is, GRANTED.

2. The case of Pleasants Corp., case no. 18-50763 (the "Pleasants Case") is hereby closed.

3. The Clerk of the Court shall enter this Order on the docket of the Pleasants Case and such docket shall be marked as closed.

4. This Order is without prejudice to any parties' right to seek to reopen Pleasants Corp.'s closed chapter 11 case for good cause shown.

5. The Reorganized Debtors are authorized to take such actions as are necessary to effectuate the relief granted pursuant to this Order.

6. The Plan Administrator is authorized to take any and all actions necessary to liquidate any remaining Disputed Claims, in accordance with the Plan, the Confirmation Order, or the Amended Plan Administrator Agreement, which is attached to the *Notice of Amended Plan Administrator Agreement* [Docket No. 4410].

7. Notwithstanding the entry of this Order and closing of the Pleasants Case, the Plan, the Confirmation Order, and the Amended Plan Administrator Agreement all survive and remain effective in accordance with their terms and conditions.

8. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

# # #

SUBMITTED BY:

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
kdoorley@akingump.com

*Counsel for the Reorganized Debtors*