Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
**Case No. 18–50763–amk**

**In re:**
Pleasants Corp.
**Aka** – FirstEnergy Generation Mansfield Unit 1 Corp
341 White Pond Drive
Akron, OH 44320

**Social Security No.:**

**Employer's Tax I.D. No.:**
77–0705914

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ The Chapter 11 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 14, 2022                  **BY THE COURT**
Form ohnb136                                       /s/ Alan M. Koschik
                                                           United States Bankruptcy Judge